1  Jason A. Yurasek, Bar No. 202131
   JYurasek@perkinscoie.com
2  M. Christopher Jhang, Bar No. 211463
   CJhang@perkinscoie.com
3  PERKINS COIE LLP
   Four Embarcadero Center, Suite 2400
4  San Francisco, CA  94111-4131
   Telephone:  415.344.7000
5  Facsimile:  415.344.7050

6  Attorneys for Defendant
   T-Mobile USA, Inc.
7

8  **UNITED STATES DISTRICT COURT**

9  **NORTHERN DISTRICT OF CALIFORNIA**

10  **SAN FRANCISCO DIVISION**

11

12  | JESSICA HARTUNG, an individual, | Case No. C 08-01380 SC |
    |---|---|
    | Plaintiff, | **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |
    | v. | [Civil L.R. 6-1(a)] |
    | J.D. BYRIDER, INC.; JD BYRIDER OF CHANDLER; CARNOW ACCPETANCE COMPANY; JOHN ANDERSON; and T-MOBILE USA, INC. and DOES 1 through 10 inclusive, | |
    | Defendants. | |

1  **IT IS HEREBY STIPULATED,** pursuant to Civil Local Rule 6-1(a), by and between Plaintiff Jessica Hartung ("Plaintiff") and Defendant T-Mobile USA, Inc. ("T-Mobile"), that T-Mobile shall have up to and including May 28, 2008, to file and serve its response to Plaintiff's Complaint.

DATED: April 14, 2008                **PERKINS COIE LLP**

By:   /s/ Jason A. Yurasek
         Jason A. Yurasek

Attorneys for Defendant
T-Mobile USA, Inc.

DATED: April 14, 2008                **LAW OFFICES OF ERIC F. FAGAN**

By:   /s/ Jeremy S. Golden
         Jeremy S. Golden

Attorneys for Plaintiff
Jessica Hartung

IT IS SO ORDERED
Judge Samuel Conti
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## ATTESTATION CLAUSE

I, Jason A. Yurasek, am the ECF User whose ID and password are being used to file this Stipulation to Extend Time to Respond to Complaint.  In compliance with General Order 45, X.B., I hereby attest that Jeremy S. Golden has concurred in this filing.

DATED: April 15, 2008                    PERKINS COIE LLP


                                         By:          /s/ Jason A. Yurasek
                                                      Jason A. Yurasek