1  GEORGE G. WEICKHARDT (SBN 58586)
   ROPERS, MAJESKI, KOHN & BENTLEY
2  201 Spear Street, Suite 1000
   San Francisco, CA  94105
3  Telephone:     (415) 543-4800
   Facsimile:     (415) 972-6301
4  E-mail:        gweickhardt@rmkb.com

5  Appearing Specially for Defendants
   BYRIDER FRANCHISING, INC. (sued herein
6  erroneously as J.D. Byrider, Inc.); GRACE AUTO,
   INC. dba J.D. BYRIDER (sued herein erroneously
7  as J.D. Byrider of Chandler; and GRACE
   FINANCE, INC. dba CNAC (sued herein
8  erroneously as Carnow Acceptance Company

9  JEREMY S. GOLDEN (SBN 228007)
   LAW OFFICES OF ERIC F. FAGAN
10 2300 Boswell Road, Suite 211
   Chula Vista, CA  91914
11 Telephone:     (619) 656-6656
   Facsimile:     (775) 898-5471
12 E-mail:        jeremy@efaganlaw.com

13 Attorneys for Plaintiff
   JESSICA HARTUNG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JESSICA HARTUNG, an individual,<br><br>Plaintiff,<br><br>v.<br><br>J.D. BYRIDER, INC.; JD BYRIDER OF CHANDLER; CARNOW ACCEPTANCE COMPANY; JOHN ANDERSON; and T-MOBILE USA, INC. and DOES 1 through 10 inclusive,<br><br>Defendants. | CASE NO.  08 CV 01380 SC<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |

IT IS HEREBY STIPULATED by and between plaintiff Jessica Hartung and defendants

Byrider Franchising, Inc. (sued herein erroneously as J.D. Byrider, Inc.); Grace Auto, Inc. dba

J.D. Byrider (sued herein erroneously as J.D. Byrider of Chandler; and Grace Finance, Inc. dba CNAC (sued herein erroneously as Carnow Acceptance Company, that defendants may have a thirty (30) day extension to respond to the complaint herein up to, and including, May 27, 2008. No previous extensions have been granted. Good cause exists for a thirty (30) day extension because the action has just been filed, and defendants require time to investigate the facts alleged in the complaint.

Dated: April 18, 2008	ROPERS, MAJESKI, KOHN & BENTLEY


By:/s/ George G. Weickhardt
  GEORGE G. WEICKHARDT
  Attorneys for Defendants
  BYRIDER FRANCHISING, INC. (sued herein erroneously as J.D. Byrider, Inc.);
  GRACE AUTO, INC. dba J.D. BYRIDER (sued herein erroneously as J.D. Byrider of Chandler; and GRACE FINANCE, INC. dba CNAC (sued herein erroneously as Carnow Acceptance Company

Dated: April 18, 2008	LAW OFFICES OF ERIC F. FAGAN


By:/s/ Jeremy S. Golden
  JEREMY S. GOLDEN
  Attorneys for Plaintiff
  JESSICA HARTUNG

IT IS SO ORDERED
Judge Samuel Conti
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA