# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| JESSICA HARTUNG, an individual<br><br>Plaintiff(s)<br><br>v.<br><br>J.D. BYRIDER, INC., et al.<br><br>Defendant(s). | CASE NUMBER<br>08 CV 01380 SC<br><br>ORDER GRANTING<br>SUBSTITUTION OF ATTORNEY |

The Court hereby orders that the notice of: BYRIDER FRANCHISING, INC. (sued herein erroneously as J.D. Byrider, Inc.)

☐ Plaintiff   ☒ Defendants   ☐ Other

to substitute Kasey C. Townsend, Murchison & Cumming, LLP  who is

☒ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

2010 Crow Canyon Place, Suite 380
*Street Address*

San Ramon, CA  94583            ktownsend@murchisonlaw.com
*City, State, Zip*              *E-Mail Address*

(925) 365-3170        (925) 365-3180        152992
*Telephone Number*    *Fax Number*          *State Bar Number*

as attorney of record in place and stead of George G. Weickhardt, Ropers Majeski Kohn & Bentley
*Present Attorney*

**is hereby**   ☒ **GRANTED**   ☐ **DENIED**

Dated  May 9, 2008

*IT IS SO ORDERED*
*Judge Samuel Conti*

U. S. District Judge / Magistrate Judge

**ORDER GRANTING SUBSTITUTION OF ATTORNEY**

RC1/5117580.1/WK1