Jason A. Yurasek, Bar No. 202131
JYurasek@perkinscoie.com
M. Christopher Jhang, Bar No. 211463
CJhang@perkinscoie.com
PERKINS COIE LLP
Four Embarcadero Center, Suite 2400
San Francisco, CA  94111-4131
Telephone:  415.344.7000
Facsimile:   415.344.7050

Attorneys for Defendant
T-Mobile USA, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| JESSICA HARTUNG, an individual, | Case No. C 08-01380 SC |
| Plaintiff, | **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |
| v. | [Civil L.R. 6-1(a)] |
| J.D. BYRIDER, INC.; JD BYRIDER OF CHANDLER; CARNOW ACCPETANCE COMPANY; JOHN ANDERSON; and T-MOBILE USA, INC. and DOES 1 through 10 inclusive, | |
| Defendants. | |

1    **IT IS HEREBY STIPULATED,** pursuant to Civil Local Rule 6-1(a), by and between Plaintiff Jessica Hartung ("Plaintiff") and Defendant T-Mobile USA, Inc. ("T-Mobile"), that T-Mobile shall have up to and including August 1, 2008, to file and serve its response to Plaintiff's Complaint. Good cause exists for this thirty-five (35) day further extension in light of ongoing, good faith settlement discussions that continue between these parties to date, and the time that T-Mobile will require to prepare its response to Plaintiff's Complaint in the event the parties do not reach settlement.

DATED: June 12, 2008.

**PERKINS COIE LLP**

By: /S/
    Jason A. Yurasek

Attorneys for Defendant
T-Mobile USA, Inc.

DATED: June 12, 2008.

**LAW OFFICES OF ERIC F. FAGAN**

By: /S/
    Jeremy S. Golden

Attorneys for Plaintiff
Jessica Hartung

IT IS SO ORDERED

Judge Samuel Conti

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA