1  Jason A. Yurasek, Bar No. 202131
   JYurasek@perkinscoie.com
2  M. Christopher Jhang, Bar No. 211463
   CJhang@perkinscoie.com
3  PERKINS COIE LLP
   Four Embarcadero Center, Suite 2400
4  San Francisco, CA  94111-4131
   Telephone:  415.344.7000
5  Facsimile:   415.344.7050

6  Attorneys for Defendant T-Mobile USA, Inc.

7  Jeremy S. Golden, Bar No. 228007
   jeremy@efaganlaw.com
8  2300 Boswell Road, Suite 211
   Chula Vista, CA 91914
9  Telephone:  619.656.6656
   Facsimile:  775.898.5471

10 Attorneys for Plaintiff Jessica Hartung

11 Michael B. Lawler, Bar No. 50972
   mlawler@murchisonlaw.com
12 Kasey C. Townsend, Bar No. 152992
   ktownsend@murchisonlaw.com
13 Anastasia K. Mazzella, Bar No. 245201
   amazzella@murchisonlaw.com
14 MURCHISON & CUMMING, LLP
   2010 Crow Canyon Place, Suite 380
15 San Ramon, CA  94583
   Telephone:  925.365.3170
16 Facsimile:  925.365.3180

17 Attorneys for Specially-Appearing Defendants
   Byrider Franchising, Inc., Grace Auto, Inc. dba J.D.
18 Byrider, and Grace Finance, Inc. dba CNAC

19                 **UNITED STATES DISTRICT COURT**

20              **NORTHERN DISTRICT OF CALIFORNIA**

21                  **SAN FRANCISCO DIVISION**

22 JESSICA HARTUNG, an individual,          Case No. C 08-01380 SC

23                 Plaintiff,

24       v.                                 **STIPULATION AND [PROPOSED]
                                            ORDER CONTINUING INITIAL CASE**
   J.D. BYRIDER, INC.; JD BYRIDER OF        **MANAGEMENT CONFERENCE**
25 CHANDLER; CARNOW ACCEPTANCE
   COMPANY; JOHN ANDERSON; and T-
26 MOBILE USA, INC. and DOES 1 through 10
   inclusive, Defendants
27

28

STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE
CASE NO. C08-01380 SC
31419-0139/LEGAL14393341.1

1    WHEREAS, the Court has set an Initial Case Management Conference for July 11, 2008,

2    WHEREAS, specially appearing defendants Byrider Franchising, Inc. (erroneously sued

3 and served as J.D. Byrider, Inc.), Grace Auto, Inc. dba J.D. Byrider (erroneously sued as JD

4 Byrider of Chandler), and Grace Finance, Inc. dba CNAC (erroneously sued as CarNow

5 Acceptance Company) (collectively "Specially Appearing Defendants") have filed a Motion to

6 Dismiss for Lack of Personal Jurisdiction Pursuant to F.R.C.P. Rule 12(b)(2), or in the

7 Alternative, Transfer Venue, or Compel Arbitration and Stay Proceedings, set to be heard on July

8 25, 2008,

9    WHEREAS, plaintiff Jessica Hartung ("Plaintiff") and defendant T-Mobile USA, Inc.

10 ("Defendant T-Mobile") have stipulated to extend the time to respond to Plaintiff's Complaint to

11 August 1, 2008, in light of ongoing, good faith settlement discussions that continue between these

12 parties to date, and the time that Defendant T-Mobile will require to prepare its own Motion to

13 Compel Arbitration and Stay Proceedings in the event Plaintiff and Defendant T-Mobile do not

14 reach settlement,

15    WHEREAS, given the pendency of Specially Appearing Defendants' Motion to Dismiss

16 or Compel Arbitration and Stay Proceedings, and the extension of Defendant T-Mobile's time to

17 respond to Plaintiff's Complaint to continue settlement discussions (which could result in

18 Defendant T-Mobile filing its own Motion to Compel Arbitration and Stay Proceedings), the

19 parties agree that judicial economy would best be served by continuing the July 11, 2008 Initial

20 Case Management Conference,

21    WHEREAS, the parties agree that execution of this stipulation shall not constitute in any

22 way a waiver of the party's right to raise jurisdictional issues or bring a motion to compel

23 arbitration,

24    THE PARTIES THEREFORE STIPULATE and respectfully request that the Court

25 continue the presently set July 11, 2008 Initial Case Management Conference to September 19,

26 2008, at 10:00 a.m., continue the deadline to prepare a Case Management Statement to September

27 12, 2008, continue the deadline to submit a joint discovery plan to September 12, 2008, and

28

STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE
CASE NO. C08-01380 SC
31419-0139/LEGAL14393341.1

1  continue the deadline for the parties to meet and confer to August 29, 2008, or as soon thereafter

2  as the Court's schedule will allow.

3

4  DATED: June 25, 2008                    **LAW OFFICES OF ERIC F. FAGAN**

5                                          By __/s/ Jeremy S. Golden_____

6                                             Jeremy S. Golden
                                              Attorneys for Plaintiff
7                                             Jessica Hartung

8  DATED: June 25, 2008                    **PERKINS COIE LLP**

9

10                                         By ____/s/ Jason A. Yurasek_____

                                              Jason A. Yurasek
11                                            Attorneys for Defendant
                                              T-Mobile USA, Inc.

12

13 DATED: June 25, 2008                    **MURCHISON & CUMMING, LLP**

14                                         By ____/s/ Kasey C. Townsend_____

15                                            Kasey C. Townsend
                                              Attorneys for Specially-Appearing Defendants
16                                            Byrider Franchising, Inc. (erroneously sued and
                                              served as J.D. Byrider, Inc.), Grace Auto, Inc.
17                                            dba JD Byrider (erroneously sued as JD Byrider
                                              of Chandler), and Grace Finance, Inc. dba
18                                            CNAC (erroneously sued as CarNow Acceptance
                                              Company)

19

20                                         **ORDER**

21 PURSUANT TO STIPULATION, IT IS SO ORDERED.

22

23 DATED:____6/30/08_____, 2008          _____

24                                         Honorable S...
                                           United States District Judge
25

26

27

28
                                           3

ATTESTATION CLAUSE

I, Jason A. Yurasek, am the ECF User whose ID and password are being used to file this document.  In compliance with General Order 45, X.B., I hereby attest that Jeremy S. Golden and Kasey C. Townsend have concurred in this filing.

DATED: June 25, 2008                    **PERKINS COIE LLP**

By ____/s/ Jason A. Yurasek_____
Jason A. Yurasek
Attorneys for Defendant
T-Mobile USA, Inc.

STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE
CASE NO. C08-01380 SC
31419-0139/LEGAL14393341.1