Michael B. Lawler (SBN 50972)
Kasey C. Townsend (SBN 152992)
Anastasia K. Mazzella (SBN 245201)
**MURCHISON & CUMMING, LLP**
2010 Crow Canyon Place, Suite 380
San Ramon, California 94583
Telephone: (925) 365-3170
Facsimile: (925) 365-3180
E-Mail:    ktownsend@murchisonlaw.com
           mlawler@murchisonlaw.com
           amazzella@murchisonlaw.com

Attorneys for Specially Appearing Defendants, BYRIDER FRANCHISING, INC. (erroneously sued and served as J.D. Byrider, Inc.), Grace Auto, Inc. dba J.D. Byrider (erroneously sued as JD Byrider of Chandler), and Grace Finance, Inc. dba CNAC (erroneously sued as CarNow Acceptance Company)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA HARTUNG, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>J.D. BYRIDER, INC.; JD BYRIDER OF CHANDLER; CARNOW ACCEPTANCE COMPANY; JOHN ANDERSON; and T-MOBILE USA, INC. and DOES 1 through 10 inclusive,<br><br>Defendants. | CASE NO. C 08-01380 SC<br><br>**STIPULATION TO DISMISS GRACE AUTO, INC. AND TO TRANSFER THIS ACTION TO THE EASTERN DISTRICT OF THE UNITED STATES DISTRICT COURT OF CALIFORNIA AND [PROPOSED] ORDER THEREON**<br><br>[Notice of Withdrawal of Motion to Dismiss for Lack of Personal Jurisdiction Filed Concurrently Herewith]<br><br>**Assigned to Hon. Samuel Conti** |

IT IS HEREBY STIPULATED by and between plaintiff JESSICA HARTUNG (hereinafter "Plaintiff"), specially appearing defendants, BYRIDER FRANCHISING, INC. (erroneously sued and served as J.D. Byrider, Inc.), GRACE AUTO, INC. dba J.D. Byrider (erroneously sued as JD Byrider of Chandler), and GRACE FINANCE, INC. dba CNAC (erroneously sued as CarNow Acceptance Company) (collectively,

"Specially-Appearing Defendants") , and defendant T-MOBILE USA, INC. ("T-Mobile"), through their respective attorneys of record, as follows:

1. GRACE AUTO, INC. dba J.D. Byrider (erroneously sued as JD Byrider of Chandler) has alleged it has insufficient minimum contacts with the State of California for this Court to exercise personal jurisdiction. Accordingly, GRACE AUTO, INC. and Plaintiff agree that GRACE AUTO, INC. shall be dismissed, without prejudice, from the above-entitled action pursuant to Federal Rules of Civil Procedure 41(a);

2. Plaintiff and Specially Appearing Defendants agree that this action should have been brought in the United States District Court of California, Eastern District, Fresno Division (i.e., at the time this action was commenced Plaintiff resided in Stanislaus County, California and a significant part of the alleged acts took place in said county), and that such transfer would serve the convenience of the parties and witnesses. All parties agree to transfer of this action to the Eastern District, Fresno Division pursuant to 28 U.S.C. § 1404;

3. Plaintiff and Specially Appearing Defendants agree that the foregoing stipulations effectively resolve the issues of personal jurisdiction and venue raised in Specially Appearing Defendants' Motion to Dismiss for Lack of Personal Jurisdiction, or in the alternative, Transfer Venue, which is currently set for hearing on July 25, 2008, and that this motion shall be taken off-calendar;

4. The parties agree that the issue of whether Plaintiff may be compelled to arbitrate her claims has not been resolved and that BYRIDER FRANCHISING and GRACE FINANCE are entitled to re-file or re-notice their Motion to Compel Arbitration once this case has been transferred to a court in the Eastern District, Fresno Division and that BYRIDER FRANCHISING and GRACE FINANCE's execution of this Stipulation shall not constitute in any way a waiver of their right to bring a Motion to Compel Arbitration and Stay Proceedings or be used as a basis for opposing any such motion brought by said defendants;

///

5. The parties agree that T-Mobile is entitled to respond to Plaintiff's Complaint, in the event it does not reach settlement with Plaintiff, with a Motion to Compel Arbitration and Stay Proceedings, and that T-Mobile's execution of this Stipulation shall not constitute in any way a waiver of T-Mobile's right to bring a Motion to Compel Arbitration and Stay Proceedings or be used as a basis for opposing any such motion brought by T-Mobile;

6. Plaintiff and Specially Appearing Defendants agree that BYRIDER FRANCHISING and GRACE FINANCE will file a Notice of Withdrawal of their Motion to Dismiss pursuant to Local Rule 7-7(e).

**IT IS SO STIPULATED.**

DATED: July 9, 2008

**MURCHISON & CUMMING, LLP**

By: _____
Michael B. Lawler
Kasey C. Townsend
Anastasia K. Mazzella
Attorneys for Specially Appearing Defendants, BYRIDER FRANCHISING, INC. (erroneously sued and served as J.D. Byrider, Inc.), Grace Auto, Inc. dba J.D. Byrider (erroneously sued as JD Byrider of Chandler), and Grace Finance, Inc. dba CNAC (erroneously sued as CarNow Acceptance Company)

DATED: July 7, 2008

**LAW OFFICES OF ERIC F. FAGAN**

By: s/ Jeremy S. Golden
Jeremy S. Golden
Attorneys for Plaintiff, JESSICA HARTUNG

/ / /

/ / /

/ / /

| | | |
|---|---|---|
| 1 | DATED: July 8, 2008 | PERKINS COIE LLP |

By: s/Christopher M. Jhang
Jason A. Yurasek
Christopher M. Jhang
Attorneys for Defendant T-MOBILE USA, INC.

## ORDER OF THE COURT

The Court has received and considered the Stipulation to dismiss defendant GRACE AUTO, INC. and transfer this case to the United States District Court of California, Eastern District, Fresno Division. The Court has reviewed the Stipulation and matter, and determined that there is good cause for the dismissal and transfer. Therefore,

**PURSUANT TO STIPULATION, IT IS HEREBY ORDERED** that:

1. GRACE AUTO, INC. is hereby dismissed from the above-entitled action, without prejudice;

2. The matter is transferred to the United States District Court of California, Eastern District, Fresno Division;

3. All scheduling orders in this matter are set aside and all scheduling and other pretrial conferences that have been set are off calendar;

4. Specially Appearing Defendant's Motion to Dismiss, which is set for hearing on July 25, 2008 at 10:00 a.m., is hereby off-calendar;

5. The defendants are entitled to assert issues of arbitration, which shall be determined by the transferee court.

Dated: July 10, 2008



Honorab[le]
United [States]



J:\AKM\JD BYRIDER_Final\STIP & ORD-070708.akm

C 08-01380 SC

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 801 South Grand Avenue, 9th Floor, Los Angeles, California 90017-4613.

On July 9, 2008, I served true copies of the following document(s) described as **STIPULATION TO DISMISS GRACE AUTO, INC. AND TO TRANSFER THIS ACTION TO THE EASTERN DISTRICT OF THE UNITED STATES DISTRICT COURT OF CALIFORNIA AND [PROPOSED] ORDER THEREON** on the interested parties in this action as follows:

## SEE ATTACHED LIST

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent from e-mail address mwahlquist@murchisonlaw.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 9, 2008, at Los Angeles, California.

Marian R. Wahlquist

## SERVICE LIST
### Jessica Hartung vs. JD Byrider, Inc., JD Byrider of Chandler, CarNow Acceptance Company, John Anderson and T-Mobile USA, et al,

| | |
|---|---|
| Jeremy Scott Golden<br>Law Offices of Eric F. Fagan<br>2300 Boswell Road<br>Suite 211<br>Chula Vista, CA  91914<br>Telephone: 619-656-6656<br>Facsimile: 775-898-5471<br>E-mail: jeremy@efaganlaw.com | Attorneys for Plaintiff, Jessica Hartung |
| Eric F. Fagan<br>Law Offices of Eric F. Fagan<br>2220 Otay Lakes Road<br>Suite 502-84<br>Chula Vista, CA  91915<br>Telephone: 619-656-6656<br>Facsimile: 775-898-5471<br>E-mail: efagan@efaganlaw.com | Attorneys for Plaintiff, Jessica Hartung |
| Jason A. Yurasek<br>Perkins Coie LLP<br>Four Embarcadaro Center<br>Suite 2400<br>San Francisco, CA  94111<br>Telephone: 415-344-7021<br>Facsimile: 415-344-7221<br>E-mail:  jyurasek@perkinscoie.com | Attorneys for Defendant, T-Mobile USA, Inc. |