1 | Jason A. Yurasek, Bar No. 202131
JYurasek@perkinscoie.com
2 | M. Christopher Jhang, Bar No. 211463
CJhang@perkinscoie.com
3 | PERKINS COIE LLP
Four Embarcadero Center, Suite 2400
4 | San Francisco, CA  94111-4131
Telephone:  415.344.7000
5 | Facsimile:   415.344.7050

6 | Attorneys for Defendant
T-Mobile USA, Inc.
7 |

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| JESSICA HARTUNG, an individual, | Case No. 1:08-CV-00960-AWI-GSA |
| Plaintiff, | **STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO COMPLAINT** |
| v. | |
| J.D. BYRIDER, INC.; JD BYRIDER OF CHANDLER; CARNOW ACCPETANCE COMPANY; JOHN ANDERSON; and T-MOBILE USA, INC. and DOES 1 through 10 inclusive, | [General L.R. 6-144(a)] |
| Defendants. | |

31419-0139/LEGAL14515387.1                    -1-                    STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT

PDF created with pdfFactory trial version www.pdffactory.com

**IT IS HEREBY STIPULATED,** pursuant to General Local Rule 6-144(a), by and between Plaintiff Jessica Hartung ("Plaintiff") and Defendant T-Mobile USA, Inc. ("T-Mobile"), that T-Mobile's deadline to file and serve its response to Plaintiff's Complaint is extended by thirty (30) days, *i.e.*, up to and including September 1, 2008.  This deadline falls on a legal holiday, and thus, pursuant to the Federal Rules of Civil Procedure, Rule 6(a)(3), shall "run[] until the end of the next day," September 2, 2008.  Good cause exists for this extension in light of ongoing, good faith settlement discussions that continue between these parties to date, the recent transfer of this case to this Eastern District, and the time that T-Mobile will require to prepare its response to Plaintiff's Complaint in the event the parties do not reach settlement.

DATED: July 31, 2008.  **PERKINS COIE LLP**

By:   /S/ Jason A. Yurasek
Jason A. Yurasek

Attorneys for Defendant
T-Mobile USA, Inc.

DATED: July 31, 2008.  **LAW OFFICES OF ERIC F. FAGAN**

By:   /S/ Jeremy S. Golden
Jeremy S. Golden

Attorneys for Plaintiff
Jessica Hartung

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: August 4, 2008        /s/ Gary S. Austin
Honorable Gary S. Austin
United States Magistrate Judge

PDF created with pdfFactory trial version www.pdffactory.com