1  Jason A. Yurasek, Bar No. 202131
   JYurasek@perkinscoie.com
2  M. Christopher Jhang, Bar No. 211463
   CJhang@perkinscoie.com
3  PERKINS COIE LLP
   Four Embarcadero Center, Suite 2400
4  San Francisco, CA  94111-4131
   Telephone:  415.344.7000
5  Facsimile:  415.344.7050

6  Attorneys for Defendant
   T-Mobile USA, Inc.
7

8  **UNITED STATES DISTRICT COURT**

9  **EASTERN DISTRICT OF CALIFORNIA**

10  **FRESNO DIVISION**

11

12  JESSICA HARTUNG, an individual,                    Case No. 1:08-CV-00960-AWI-GSA

13                  Plaintiff,                        **STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO COMPLAINT**

14        v.

15  J.D. BYRIDER, INC.; JD BYRIDER OF                 [General L.R. 6-144(a)]
    CHANDLER; CARNOW ACCPETANCE
16  COMPANY; JOHN ANDERSON; and T-
    MOBILE USA, INC. and DOES 1 through
17  10 inclusive,

18                  Defendants.

19

20

21

22

23

24

25

26

27

28

31419-0139/LEGAL14626664.1                -1-                STIPULATION EXTENDING TIME TO
                                                             RESPOND TO COMPLAINT

PDF created with pdfFactory trial version www.pdffactory.com

1  **IT IS HEREBY STIPULATED,** pursuant to General Local Rule 6-144(a), by and between Plaintiff Jessica Hartung ("Plaintiff") and Defendant T-Mobile USA, Inc. ("T-Mobile"), that T-Mobile's deadline to file and serve its response to Plaintiff's Complaint is extended by twenty (20) days, *i.e.*, up to and including September 22, 2008.  Good cause exists for this extension in light of ongoing, good faith settlement discussions that continue between these parties to date, the recent transfer of this case to this Eastern District, and the time that T-Mobile will require to prepare its response to Plaintiff's Complaint in the event the parties do not reach settlement.

DATED: August 29, 2008.          **PERKINS COIE LLP**

                                 By:  /S/ Jason A. Yurasek
                                      Jason A. Yurasek

                                 Attorneys for Defendant
                                 T-Mobile USA, Inc.

DATED: August 29, 2008.          **LAW OFFICES OF ERIC F. FAGAN**

                                 By:  /S/ Paul Oudom
                                      Paul Oudom

                                 Attorneys for Plaintiff
                                 Jessica Hartung

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: September 2, 2008         /s/ Gary S. Austin
                                 Honorable Gary S. Austin
                                 United States Magistrate Judge

31419-0139/LEGAL14626664.1       -2-        STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT

PDF created with pdfFactory trial version www.pdffactory.com