IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA HARTUNG, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> J.D. BYRIDER, INC.; JD BYRIDER OF ) <br> CHANDLER; CARNOW ACCEPTANCE ) <br> COMPANY; JOHN ANDERSON; and T- ) <br> MOBILE USA, INC., and DOES 1 through 10 ) <br> inclusive, ) <br> ) <br> Defendants. ) <br> _____ ) | 1:08-cv-00960-AWI-GSA <br><br> ORDER VACATING HEARING OF OCTOBER 10, 2008, AND TAKING MATTER UNDER SUBMISSION |

  Currently pending before this Court is Defendants' Motion to Compel Arbitration. This motion is set for hearing on October 10, 2008, at 9:30 a.m. The Court has reviewed the moving papers and has determined that this matter is suitable for decision without oral argument. Local Rule 78-230(h).

  Additionally, the Court notes that a Scheduling Conference in this matter also is set for October 10, 2008, at 9:30 a.m. Due to the pending motion to compel arbitration, the Scheduling Conference should be taken off calendar until the motion is resolved.

  Therefore, IT IS HEREBY ORDERED that:

1.  The previously set hearing date of October 10, 2008, is VACATED, and the parties shall not appear at that time; as of October 10, 2008, the Court will

take Defendants' motion to compel arbitration under submission and will thereafter issue its decision.

2. The Scheduling Conference currently set for October 10, 2008, is taken OFF CALENDAR pending resolution of the motion to compel arbitration.

IT IS SO ORDERED.

Dated: **October 9, 2008**               /s/ **Gary S. Austin**
                                                          UNITED STATES MAGISTRATE JUDGE