# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA HARTUNG, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>J.D. BYRIDER, INC.; JD BYRIDER OF CHANDLER; CARNOW ACCEPTANCE COMPANY; JOHN ANDERSON; and T-MOBILE USA, INC. and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | NO. 1:08-CV-00960-AWI-GSA<br><br>ORDER DISMISSING T-MOBILE USA, INC., IN LIGHT OF STIPULATION OF DISMISSAL |

On October 16, 2008, the Plaintiff filed a dismissal of T-Mobile USA, Inc., only, with prejudice, pursuant to Rule 41(a)(1);

In Wilson v. City of San Jose, the Ninth Circuit explained:

Under Rule 41(a)(1), a plaintiff has an absolute right to voluntarily dismiss his action prior to service by the defendant of an answer or a motion for summary judgment. Concha v. London, 62 F.3d 1493, 1506 (9th Cir. 1995) (citing Hamilton v. Shearson-Lehman American Express, 813 F.2d 1532, 1534 (9th Cir. 1987)). A plaintiff may dismiss his action so long as the plaintiff files a notice of dismissal prior to the defendant's service of an answer or motion for summary judgment. The dismissal is effective on filing and no court order is required. Id. The plaintiff may dismiss some or all of the defendants, or some or all of his claims, through a Rule 41(a)(1) notice. Id.; Pedrina v. Chun, 987 F.2d 608, 609-10 (9th Cir. 1993). The filing of a notice of voluntary dismissal with the court automatically terminates the action as to the defendants who are the subjects of the notice. Concha, 62 F.2d at 1506. Unless otherwise stated, the dismissal is ordinarily without prejudice to the plaintiff's right to commence another action for the same cause against the same defendants. Id. (citing McKenzie v. Davenport-

<u>Harris Funeral Home</u>, 834 F.2d 930, 934-35 (9th Cir. 1987)). Such a dismissal leaves the parties as though no action had been brought.  <u>Id.</u>

Therefore, IT IS HEREBY ORDERED that T-Mobile USA, Inc. only, is DISMISSED from this case with prejudice in light of Plaintiff's Rule 41(a)(1) voluntary dismissal.

IT IS SO ORDERED.

**Dated:   December 9, 2008**               /s/ Anthony W. Ishii
                                            CHIEF UNITED STATES DISTRICT JUDGE