# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA HARTUNG, | ) 1:08-cv-00960 AWI GSA |
| Plaintiff, | ) ORDER ADOPTING FINDINGS AND ) RECOMMENDATIONS |
| v. | ) ORDER GRANTING MOTION TO COMPEL ) ARBITRATION |
| J.D. BYRIDER, INC.; JD BYRIDER OF CHANDLER; CARNOW ACCEPTANCE COMPANY; JOHN ANDERSON; and T-MOBILE USA, INC., and DOES 1 through 10 inclusive, | ) ORDER STAYING ACTION ) ) (Documents #41 & #57) |
| Defendants. | |

On October 17, 2008, the Magistrate Judge issued Findings and Recommendations that the motion to compel arbitration and stay proceedings brought by Defendants Byrider Franchising, Inc. (erroneously sued and served as J.D. Byrider, Inc.) and Grace Finance, Inc. dba CNAC (erroneously sued and served as Carnow Acceptance Company) ("Defendants") be granted.  These Findings and Recommendations were served on all parties appearing in the action on October 17, 2008, and contained notice that any objections to the Findings and Recommendations were to be filed within thirty (30) days of the date of service of the order. More than thirty (30) days have passed and no party has filed objections.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the Court finds that the Findings and Recommendations are supported by the record and proper analysis.

The court notes that Plaintiff has noticed for hearing a motion for default judgment against Defendant John Anderson.  Because this action will be resolved as to Defendant John Anderson shortly, the court will only stay this action as to Defendants and the parties may still resolve the issues concerning Defendant John Anderson now to avoid having to wait until after the stay has been lifted to resolve the pending default judgment motion concerning Defendant John Anderson.[1]

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations issued October 17, 2008, are ADOPTED IN FULL;
2. Defendants' motion to compel arbitration is GRANTED;
3. Plaintiff is ordered to participate in arbitration with Defendants;
4. Defendants' request for arbitration in Arizona is DENIED;
5. This case as to Defendants is stayed during the pendency of arbitration as to Defendants;
6. This action will proceed to allow the court to address the pending default judgment motion concerning Defendant John Anderson; and
7. Upon completion of arbitration, the parties are ordered to inform this Court forthwith, move to lift the stay, and file appropriate documents for the completion or continuation of this case.

IT IS SO ORDERED.

**Dated:   December 16, 2008**             /s/ Anthony W. Ishii
                                           CHIEF UNITED STATES DISTRICT JUDGE

---

[1] The other defendant, T-Mobile USA, Inc. has already been dismissed from this action.