1 | Jeremy S. Golden (SBN 228007)
2 | Law Offices of Eric F. Fagan
3 | 2300 Boswell Rd. Suite 211
  | Chula Vista, CA 91914
4 | jeremy@efaganlaw.com
  | Phone: 619-656-6656 Fax: 775-898-5471
5 | Attorney for Plaintiff



### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| JESSICA HARTUNG, | ) Case No.: 1:08-CV-00960-AWI-GSA |
|---|---|
| Plaintiff | ) [~~Proposed~~] Order Dismissing Defendants |
| v. | ) Byrider Franchising, Inc. (erroneously sued and served as J.D. Byrider, Inc.) and Grace Finance, Inc. dba CNAC |
| J.D. BYRIDER, INC., et al. | ) (erroneously sued as CarNow Acceptance Company) |
| Defendants. | ) |

Pursuant to the parties stipulation and good cause having been shown, it is hereby ordered that pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) the claims against Defendants Byrider Franchising, Inc. (erroneously sued and served as J.D. Byrider, Inc.) and Grace Finance, Inc. dba CNAC (erroneously sued as CarNow Acceptance Company) shall be dismissed with prejudice. This dismissal shall not affect any of the other claims against any of the other defendants.

//

1
2  IT IS SO ORDERED
3
4  Date:   9-1-09

                                    _____
                                    UNITED STATES DISTRICT COURT JUDGE

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[Proposed] Order of Dismissal